UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 11 B 46244 |
|---|---|
| Debbie Clark | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/15/2011.

2) The plan was confirmed on 02/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/27/2014, 10/29/2014.

5) The case was Dismissed on 12/10/2014.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,550.00 |
| Less amount refunded to debtor | $350.00 |

**NET RECEIPTS:** $11,200.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,522.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $480.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,003.05

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS, Inc | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| Advocate Home Care Products | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 1,019.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Secured | 9,321.00 | 9,407.82 | 9,200.00 | 6,613.20 | 583.75 |
| American Honda Finance Corporation | Unsecured | 9,321.00 | 207.82 | 207.82 | 0.00 | 0.00 |
| Americas Recovery Network | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 1,558.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 7,702.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | NA | 368.26 | 368.26 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 450.00 | 1,468.49 | 1,468.49 | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 1,539.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| GMAC Mortgage | Secured | 147,834.97 | 144,057.57 | 144,057.57 | 0.00 | 0.00 |
| GMAC Mortgage | Secured | 147,834.97 | 1,556.97 | 1,556.97 | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 2,022.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 1,189.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 2,022.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 6,188.00 | 15,448.40 | 15,448.40 | 0.00 | 0.00 |
| Lou Harris | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Merchandise Credit Guide | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | NA | 803.32 | 803.32 | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | NA | 492.34 | 492.34 | 0.00 | 0.00 |
| MRSI | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 450.00 | 450.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Receivables Management Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performance | Unsecured | 1,188.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 92.00 | 92.27 | 92.27 | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 2,302.00 | NA | NA | 0.00 | 0.00 |
| Trojan Professional | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| Village of Bedford Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village Of Worth | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 1,188.00 | NA | NA | 0.00 | 0.00 |
| Yudkin & Brebner LLC | Unsecured | 8,528.68 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $144,057.57 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,556.97 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $9,200.00 | $6,613.20 | $583.75 |
| **TOTAL SECURED:** | **$154,814.54** | **$6,613.20** | **$583.75** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$19,330.90** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,003.05 |
| Disbursements to Creditors | $7,196.95 |
| **TOTAL DISBURSEMENTS** : | **$11,200.00** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/09/2015                                 By: /s/ Marilyn O. Marshall
                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**